```
IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF SOUTH CAROLINA
```

| | | |
|---|---|---|
| Herbert Alonzo Robinson, #298364, | ) | C/A No. 8:17-1413-RBH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Willie Eagleton, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, while an inmate in the custody of the South Carolina Department of Corrections, proceeding *pro se,* filed a habeas petition seeking to challenge the execution of his state sentence. By Order dated June 7, 2017, Petitioner was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Petitioner did not receive the Order, as it was returned to the Court as undeliverable mail and stamped "return to sender, no longer at this address" and "unable to forward." [Doc. 7.] Petitioner has not provided the Court with a new address at which he receives mail, and the record indicates no attempt by Petitioner to contact the Court since filing the habeas petition. The case is **dismissed, *without prejudice***, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

July 6, 2017  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge