# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Herbert Alonzo Robinson, | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No. 8:17-cv-01413-RBH-JDA |
| Willie Eagleton, Warden, Evans C.I. | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Herbert Alonzo Robinson, shall take nothing of the respondent, Willie Eagleton, as to the petition filed pursuant to 28 U.S.C. § 2254 and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, dismissing the action without prejudice.

Date: July 6, 2017                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/A. Buckingham
                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*